UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

Birdsall

2003 NOV 10  P 5: 09

V.

Case Number:    3:01cv565 US DISTRICT COURT
BRIDGEPORT CT

Hartford

## NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>October 31, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 30, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 6, 2003.

KEVIN F. ROWE, CLERK

By: _Alice Montz_
Alice Montz
Deputy Clerk