FILED

2003 NOV 19 P 12: 33

US D.S. ......... .......
BRIDGEPORT ...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE BIRDSALL
     Plaintiff                    :     CIVIL ACTION NO.
                                   :     3:01CV565 (SRU)

VS.                            :

                            :

CITY OF HARTFORD,          :
JOSEPH CROUGHWELL,     :
SGT. FRANCO SANZO, AND   :
LT. DAVID KENARY         :
     Defendants            :     NOVEMBER _17 2003

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with

prejudice, and without costs or attorneys' fees being awarded to any of these named

parties, and that judgment enter accordingly.

THE PLAINTIFF:
BRUCE BIRDSALL

By_____

A. Paul Spinella
Federal Bar #ct00078
Spinella and Associates
One Lewis Street
Hartford, CT 06103
His Attorney
Tel: (860) 728-4900

05645.0541
@PFDesktop\::ODMA/MHODMA/iManage;481016;1

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street                            Fax (860) 548-0006
Hartford, CT 06103            & SAGE LLP         Juris No. 26105

THE DEFENDANTS:
SGT. FRANCO SANZO AND
LT. DAVID KENARY

By_____
Brian P. Learning
Fed. Bar #ct16075
HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT  06103
Their Attorneys
Tel: (860) 297-4655

- 2 -

## CERTIFICATION

This is to certify that on this _17th_ day of November, 2003, I hereby mailed a copy of the foregoing to:

Brian P. Leaming, Esq.
HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103

_____

A. Paul Spinella

481016.1(HS-FP)

- 3 -

One Goodwin Square                HALLORAN              Phone (860) 522-6103
225 Asylum Street                 & SAGE LLP            Fax (860) 548-0006
Hartford, CT 06103                                      Juris No. 26105