O bev FleSstipdism

FILED

2003 NOV 19  P 12: 33

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE BIRDSALL                      :
    Plaintiff                       :        CIVIL ACTION NO.
                                 :        3:01CV565 (SRU)
                                 :
VS.                                 :
                                 :
CITY OF HARTFORD,                   :
JOSEPH CROUGHWELL,                  :
SGT. FRANCO SANZO, AND              :
LT. DAVID KENARY                    :
    Defendants                      :        NOVEMBER _17_, 2003

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with

prejudice, and without costs or attorneys' fees being awarded to any of these named

parties, and that judgment enter accordingly.

                              THE PLAINTIFF:
                              BRUCE BIRDSALL

                              By_____
                              A. Paul Spinella
                              Federal Bar #ct00078
                              Spinella and Associates
                              One Lewis Street
                              Hartford, CT 06103
                              His Attorney
                              Tel: (860) 728-4900

05645.0541
@PFDesktop\::ODMA/MHODMA/IManage;481016;1

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

APPROVED. The case is hereby dismissed with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge

2003 NOV 20  P 3: 58

US DISTRICT COURT
BRIDGEPORT CT

One Goodwin Square
225 Asylum Street
Hartford, CT 06103